of sentence and place the defendant on probation "for the maximum period of the sentence imposed."

█ Elsewhere in Art. 781b, supra, it is provided that the period of probation shall be determined by the court, but we find no provision authorizing its extension beyond the maximum term of the sentence.

█ It follows, therefore, that the term of probation granted relator expired with the sentence two years after January 17, 1949, and the court was without authority to thereafter revoke the probation.

Relator is therefore ordered discharged from further confinement under the sentence in Cause No. 1037 in the District Court of Kleberg County.

Opinion approved by the Court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

This is a proceeding brought by an inmate of the penitentiary seeking his release on the grounds that he has served his term. Relator was on January 28, 1947, in Cause No. 57,741, upon a plea of guilty convicted in the Criminal District Court of Harris County of the offense of burglary and assessed a punishment of two years. On the same day in Criminal District Court No. 2 of said County, in Cause No. 57,742, relator was given a term of five years for the offense of robbery by assault. No effort was made to cumulate the two above sentences.

Relator having served the two concurrent sentences, his writ of habeas corpus is granted, and he is ordered discharged from further custody under said judgments.

## Ex parte ANDERSON.
### No. 25408.

Court of Criminal Appeals of Texas.
June 20, 1951.

## Helen GONZALES, Appellant v. STATE, Appellee.
### No. 25407.

Court of Criminal Appeals of Texas.
June 27, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the keeping of a bawdy house; the punishment, a fine of $200.00, and twenty days in jail.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.